

**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**

MEMORANDUM ORDER

Appellate case name:      *Jetall Companies, Inc. v. Plummer*

Appellate case number:   01-18-01091-CV

Trial court case number:  2016-00143

Trial court:                     281st District Court of Harris County

      Appellant Jetall Companies, Inc. has filed a motion for rehearing of this Court's October 6, 2020 opinion. The motion for rehearing is **denied**.

      It is so ORDERED.

Judge's signature: /s/ Sherry Radack
                Acting for the Court

Panel consists of Chief Justice Radack and Justices Goodman and Hightower.

Date:  December 15, 2020